UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)



FILED
Aug - 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| EARNEST C. WOODS, II,<br><br>    Plaintiff - Appellant,<br>v.<br><br>TOM L. CAREY; et al.,<br><br>    Defendants - Appellees. | No. 06-15973<br>D.C. No. CV-05-00049-MCE/DAD<br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith    [✓]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date:  Aug - 4 2006